O

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VICTOR LUEVANOS, | CASE NO. CV 19-02990-JGB(AS) |
|         Petitioner, | **ORDER ACCEPTING FINDINGS,** |
|   v. | **CONCLUSIONS AND** |
| NEIL McDOWELL, | **RECOMMENDATIONS OF UNITED** |
|         Respondent. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Final Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed,[1] the Court

---

[1] The Court notes that the Final Report and Recommendation incorporates the factual assertions in Petitioner's Objections to the Report and Recommendation. (Docket No. 28).

concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered denying the Petition with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: October 29, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2