JS-6

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VICTOR LUEVANOS,<br><br>        Petitioner,<br><br>   v.<br><br>NEIL McDOWELL,<br><br>        Respondent. | CASE NO. CV 19-02990-JGB(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 29, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE